

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2015

No. 04-15-00519-CV

**EL CABALLERO RANCH, INC**. and Laredo Marine, L.L.C.,
Appellants

v.

**COUNTY OF LA SALLE**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Russel Wilson, Judge Presiding

## O R D E R

Appellants' brief is due September 24, 2015. On September 7, 2015, appellants filed an agreed motion to abate this accelerated appeal. In the motion, appellants ask the court to abate the appeal for sixty days "to allow the parties to finally resolve their differences, which will allow the parties to request dismissal of this appeal."

Based on the foregoing, we **GRANT** the agreed motion to abate. We **ORDER** this appeal abated until November 9, 2015. If appellants have not filed a motion to dismiss on or before November 9, 2015, the court will reinstate the appeal and set a due date for appellants' brief.

We **order** the clerk of this court to serve a copy of this order on all counsel, including counsel for Grace River Ranch, L.L.C., who is not a party to this appeal, but is a party to the underlying action that gave rise to this appeal.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court